UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC T. MILES-BAKER,<br><br>                              Plaintiff,<br><br>           -against-<br><br>CHARLES SCHWAB & CO., INC.,<br><br>                              Defendant. | 22-CV-9251 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the May 30, 2023, order, this action is dismissed.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

   Dated:   July 6, 2023
            New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge